## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                              Case No. 13-44202

GLW EQUIPMENT LEASING, LLC,                         Chapter 11

      Debtor.

## NOTICE OF HEARING AND MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

TO:    Entities Specified in Local Rule 9013-3.

1.    GLW Equipment Leasing, LLC ("Debtor"), by and through its undersigned counsel, moves the Court for the relief requested below and gives notice of hearing.

2.    The Court will hold a hearing on this motion at **11:00 a.m. on September 25, 2013**, before Judge Katherine A. Constantine, Courtroom 2C, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

3.    Any response to this motion must be filed and served not later than **September 20, 2013**, which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **Unless a response opposing the motion is timely filed, the Court may grant the relief requested in the motion without a hearing.**

4.    This Court has jurisdiction over this motion under 28. U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this case was filed on August 27, 2013 (the "Petition Date"). This case is now pending before this Court.

{00157422 }

5.    This motion arises under 11 U.S.C. § 363 and Bankruptcy Rule 4001(b).  This motion is filed under Bankruptcy Rules 9014 and Local Rules 4001-2 and 9013.  By this motion Debtor seeks authority for use of cash collateral through December 31, 2013 and to make adequate protection payments and grant replacement liens ("Motion").

## BUSINESS OF DEBTOR

6.    The Debtor is a Minnesota limited liability company formed in September, 2013 to own and manage a truck and trailer equipment lease port folio.  The equipment owned or leased by the Debtor is identified in **Exhibit A** ("Equipment").  As of the Petition Date the total debt incurred, owing and secured by the Equipment is approximately $17,888,993 and as set forth in Exhibit A ("Equipment Debt").[1]  The Equipment Debt was first incurred by the three members of the Debtor, Warren Cadwallader, Lee Cadwallader and Gale Werner (together the "Principals").  In September, 2013 the Principals formed the Debtor and contributed the Equipment and related Equipment leases in exchange for ownership in the Debtor and Debtor's assumption of the Equipment debt and all rights and obligations under all Equipment leases.

7.    The Debtor leases the Equipment to Western Refrigerated LTL Services ("WRS") which licenses and then subleases the Equipment to Western Star Transportation, LLC, a Minnesota based transportation company providing refrigerated LTL services throughout the Midwest and western United States ("WST"). The Debtor, WRS and WST are affiliates owned by the Principals.  WST has been engaged in business in Minnesota since 1994. The Equipment leases and the Equipment subleases to which the Debtor, WRS and WST are parties are collectively hereafter referred to as the "Equipment Leases".  Payments received under the Equipment Leases represent the Debtor's sole source of revenue.

---

[1]Exclusive of amounts owing Trans Lease, Inc. which total $903,219.24 as of the Petition Date.

2

8.      The Principals were current in payment of the Equipment Debt through June, 2013.  Due in part to certain equipment failure, under utilization and extra ordinary service and maintenance related charges WST and WRS defaulted under certain of the Equipment Leases in July, 2013. Paccar Financial Corporation ("Paccar") noticed a default and thereafter began repossessing equipment.  The Debtor filed its chapter 11 petition on August 27, 2013 to restructure the Equipment Debt in an orderly manner and to prevent further disruption to the business of WST. The Debtor intends to promptly identify Equipment to be sold or surrendered to reduce Equipment Debt, restructure Equipment Leases and related Equipment Debt and to file a disclosure statement and plan by December 31, 2013.

9.      WST is in default under the Equipment Leases.  The Equipment Lease payments presently total approximately $650,000 per month.  The Debtor has agreed to forbear from enforcement of the Equipment Leases subject to an agreement with the Equipment Lenders respecting the WST monthly Equipment Lease payments to be made during the case and a bankruptcy court order authorizing the use of cash collateral and granting adequate protection. The Debtor will make historical, current and future monthly WST financials available to the Equipment Lenders in support of the Motion.  The Principals have also agreed to immediately make current personal financial disclosures to each of the Equipment Lenders.

10.     The Debtor is indebted to Paccar in the approximate principal amount of $7,202,543.77 as of the Petition Date. Obligations owing Paccar are secured by a first priority lien in specific Equipment as identified in Exhibit A.  As of the date of this Motion, Paccar has not consented to the use of cash collateral.  Paccar claims are over secured.

3

11.     The Debtor is indebted to Caterpillar Financial Services Corporation ("CAT") in the approximate principal amount of $3,170,304.59 as of the Petition Date.  Obligations owing CAT are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, CAT has not consented to the use of cash collateral.  The CAT claims are over secured.

12.     The Debtor is indebted to Volvo Financial Services ("Volvo") in the approximate principal amount of $1,804,561.91 as of the Petition Date.  Obligations owing Volvo are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, Volvo has not consented to the use of cash collateral.  The Volvo claims are over secured.

13.     The Debtor is indebted to Wells Fargo Equipment Finance, Inc. ("Wells Fargo") in the approximate principal amount of $1,384,070.19 as of the Petition Date.  Obligations owing Wells Fargo are secured by a first priority lien in specific Equipment as identified in Exhibit A. As of the date of this Motion, Wells Fargo has not consented to the use of cash collateral.  The Wells Fargo claims are over secured.

14.     The Debtor is indebted to General Electric Capital Corporation ("GE") in the approximate principal amount of $2,594,876.45 as of the Petition Date.  Obligations owing GE are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, GE has not consented to the use of cash collateral.  The GE claims are over secured.

15.     The Debtor is indebted to Crossroads Equipment Lease & Finance, LLC ("Crossroads") in the approximate principal amount of $363,575.08 as of the Petition Date.

4

Obligations owing Crossroads are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, Crossroads has not consented to the use of cash collateral.  The Crossroads claims are over secured.

16.   The Debtor is indebted to All Wheels Financial, Inc. ("All Wheels") in the approximate principal amount of $1,183,857.85 as of the Petition Date.  Obligations owing All Wheels are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, All Wheels has not consented to the use of cash collateral.  The All Wheels claims are over secured.

17.   The Debtor is indebted to Capital One ("Capital One") in the approximate principal amount of $185,203.85 as of the Petition Date.  Obligations owing Capital One are secured by a first priority lien in specific Equipment as identified in Exhibit A.   As of the date of this Motion, Capital One has not consented to the use of cash collateral.  The Capital One claims are over secured.  Paccar, CAT, Volvo, Wells Fargo, GE, Crossroads, All Wheels, and Capital One are together referred to as the "Equipment Lenders".

18.   The Debtor seeks authority to use cash collateral for the purposes and in the approximate amounts set forth in the budget attached as **Exhibit B** ("Budget").[2]

**ESTIMATED COLLATERAL VALUE**

19.   On the Petition Date and as of the date of the hearing on this Motion, the estimated collateral value is:

| | |
|---|---|
| Cash | $ 0.00 |
| Estimated Equipment Value | $20,260.000.00 |

---

[2] The Budget includes certain payments to Trans Lease, Inc. ("Trans Lease") arising under agreements by which specific equipment was acquired.  The Debtor has scheduled the Trans Lease agreements as executory contracts but intends to dispute the Trans Lease characterization of the agreements as true leases.

| | |
|---|---|
| Total | $20,260,000.00 |

As of December 31, 2013, the estimated collateral value is:

| | |
|---|---|
| Cash | $       10,818.00 |
| Estimated Equipment Value | $20,260,000.00 |
| Total | $20,270,818.00 |

## ADEQUATE PROTECTION

20.     Pursuant to the requirements of 11 U.S.C. § 363(e), the Debtor proposes as adequate protection for the Equipment Lenders to grant (i) replacement liens in the Equipment Lenders respective  collateral; and to  (ii) report and account for the cash proceeds from use of the Equipment.

21.     As additional adequate protection, the Debtor proposes, on or before the 27th day of each calendar month commencing September 27th, to make interest payments at the rate of 3 1/2% per annum and principal reduction payments to each Equipment Lender in the amounts set forth in **Exhibit C** attached hereto.[3] The interests of the Equipment Lenders are adequately protected by the replacement liens and monthly cash payments.

22.     The Debtor projects that it can operate in the ordinary course through December 31, 2013 with use of cash collateral and without additional post petition financing.

23.     The Debtor has a need to use cash collateral through December 31, 2013 to pay operating expenses in the amounts identified in the Budget attached as Exhibit B.  If the Debtor

---

[3]The Debtor proposes that the Equipment Lenders share in the total monthly principal reduction payment pro rata based upon the Debtor's estimate of the ratio of Lender collateral value to total collateral value as set forth in Exhibit C.  As Equipment is surrendered at agreed values or sold by agreement and court order adequate protection payments for all Equipment Lenders will be adjusted accordingly.

6

is not permitted to use cash collateral in the amounts and for the purposes set forth in the Budget

from September 25, 2013 through December 31, 2013 the Debtor cannot continue to operate.

24.     Prior to the hearing on this Motion for an order authorizing use of cash collateral,

and in settlement of any and all of the matters raised in this Motion, Debtor may enter into a

stipulation with one or all of the Equipment Lenders concerning use of cash collateral, adequate

protection and other related matters.  In the event Debtor enters into any such stipulation, Debtor

will seek approval of the stipulation without further notice of hearing pursuant to Bankruptcy

Rule 4001(d)(4), and **DEBTOR HEREBY GIVES NOTICE OF INTENT TO SEEK
APPROVAL OF ANY SUCH STIPULATION.**

25.     The Debtor may offer additional evidence in support of this motion, including the

testimony of Warren Cadwallader, Debtor's President, and Richard Gallagher, the financial

advisor to WST, if such is necessary in connection with this Motion.

**WHEREFORE**, the Debtor moves the Court for an order:

1.     Authorizing use of cash collateral from the date of the hearing through

December  31, 2013; and

2.     Authorizing the Debtor to grant adequate protection as set forth in the Motion.

Dated:  September 10, 2013       RAVICH MEYER KIRKMAN McGRATH
NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By /e/  Michael F. McGrath #168610
         Will R. Tansey #323056
         Michael D. Howard #391164

4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:      (612) 332-8511
Facsimile:      (612) 332-8302

ATTORNEYS FOR DEBTOR

## VERIFICATION

I, Warren Cadwallader, President of Debtor, declare under penalty of perjury that the facts set forth in the foregoing Notice of Hearing and Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection, are true and correct according to the best of my knowledge, information and belief.

Executed on: September _10_, 2013                    _Warren Cadwallader_
                                                      Warren Cadwallader

# EXHIBIT A

| Owner | Lien Holder | | VIN NUMBER | Contract Number | Model Year | Make | Balance Owed | Value |
|---|---|---|---|---|---|---|---|---|
| Gale | PACCAR | 1285 | 1XKADB9X29J258469 | 5990122 | 2009 | KW | 26,457 | $56,000.00 |
| | PACCAR | 1327 | 1XKADB9X0BJ258167 | 6058531 | 2011 | KW | 272,263 | $70,000.00 |
| | PACCAR | 1328 | 1XKADB9X2BJ258168 | 6058531 | 2011 | KW | | $70,000.00 |
| | PACCAR | 1329 | 1XKADB9X4BJ258169 | 6058531 | 2011 | KW | | $70,000.00 |
| | PACCAR | 1330 | 1XKADB9X2BJ258171 | 6058531 | 2011 | KW | | $70,000.00 |
| | PACCAR | 1301 | 1XKADB9X6AJ258138 | 6028526 | 2010 | KW | 213,778 | $70,000.00 |
| | PACCAR | 1302 | 1XKADB9X8AJ258139 | 6028526 | 2010 | KW | | $70,000.00 |
| | PACCAR | 1303 | 1XKADB9X4AJ258140 | 6028526 | 2010 | KW | | $70,000.00 |
| | PACCAR | 1304 | 1XKADB9X6AJ258141 | 6028526 | 2010 | KW | | $70,000.00 |
| | PACCAR | 1351 | 1XKADP9X3BJ295100 | 6082317 | 2011 | KW | 154,248 | $74,000.00 |
| | PACCAR | 1348 | 1XKADP9X8BJ295111 | 6082317 | 2011 | KW | | $74,000.00 |
| | PACCAR | 1354 | 1XKADP9X2BJ295105 | 6081327 | 2011 | KW | 154,315 | $74,000.00 |
| | PACCAR | 1355 | 1XKADP9X4BJ295106 | 6081327 | 2011 | KW | | $74,000.00 |
| | PACCAR | 1366 | 1XKADP9X8CJ295711 | 6086391 | 2012 | KW | 246,684 | $82,000.00 |
| | PACCAR | 1367 | 1XKADP9XXCJ295712 | 6086391 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1368 | 1XKADP9X1CJ295713 | 6086391 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1417 | 1XKADP9X4CJ295768 | 6110209 | 2012 | KW | 265,565 | $82,000.00 |
| | PACCAR | 1418 | 1XKADP9X6CJ295769 | 6110209 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1419 | 1XKADP9X2CJ295770 | 6110209 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1438 | 1XKADP9X6CJ295786 | 6126775 | 2012 | KW | 282,699 | $82,000.00 |
| | PACCAR | 1439 | 1XKADP9X8CJ295787 | 6126775 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1440 | 1XKADP9XXCJ295788 | 6126775 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1427 | 1XKADP9X5CJ295763 | 6117923 | 2012 | KW | 270,666 | $82,000.00 |
| | PACCAR | 1428 | 1XKADP9X7CJ295764 | 6117923 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1424 | 1XKADP49X1CJ295775 | 6117923 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1450 | 1XKADP9X0CJ295802 | 6131064 | 2012 | KW | 482,020 | $82,000.00 |
| | PACCAR | 1451 | 1XKADP9X2CJ295803 | 6131064 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1452 | 1XKADP9X4CJ295804 | 6131064 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1453 | 1XKADP9X7CJ295800 | 6131064 | 2012 | KW | | $82,000.00 |
| | PACCAR | 1454 | 1XKADP9X9CJ295801 | 6131064 | 2012 | KW | | $82,000.00 |
| Lee | PACCAR | 1292 | 1XKADB9X51J258129 | KW | 2010 | KW | 140,354 | $65,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | PACCAR | 1293 1XKADB9X1AJ258130 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1294 1XKADB9X3AJ258131 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1305 1XKADB9X8AJ258142 | KW | 2010 KW | 78,465 | $65,000.00 |
| | PACCAR | 1307 1XKADB9X3AJ258145 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1295 1XKADB9X5AJ258132 | KW | 2010 KW | 140,034 | $65,000.00 |
| | PACCAR | 1296 1XKADB9X7AJ258133 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1297 1XKADB9X9AJ258134 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1311 1XKADB9X0AJ258149 | KW | 2010 KW | 102,205 | $65,000.00 |
| | PACCAR | 1312 1XKADB9X7AJ258150 | KW | 2010 KW | | $65,000.00 |
| | PACCAR | 1331 1XKADB9X4BJ258172 | KW | 2011 KW | 127,307 | $74,000.00 |
| | PACCAR | 1332 1XKADB9X6BJ258173 | KW | 2011 KW | | $74,000.00 |
| | PACCAR | 1346 1XKADP9X9BJ295098 | KW | 2011 KW | 149,383 | $74,000.00 |
| | PACCAR | 1350 1XKADP9XXBJ295109 | KW | 2011 KW | | $74,000.00 |
| | PACCAR | 1356 1XKADP9X3BJ295114 | KW | 2011 KW | 149,402 | $74,000.00 |
| | PACCAR | 1357 1XKADP9X7BJ295116 | KW | 2011 KW | | $74,000.00 |
| | PACCAR | 1362 1XKADP9XOBJ295118 | KW | 2011 KW | 153,901 | $74,000.00 |
| | PACCAR | 1363 1XKADP9X2BJ295119 | KW | 2011 KW | | $74,000.00 |
| | PACCAR | 1372 1XKADP9X9CJ295717 | KW | 2012 KW | 235,578 | $82,000.00 |
| | PACCAR | 1373 1XKADP9X0CJ295718 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1380 1XKADP9X3CJ295731 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1374 1XKADP9X2CJ295719 | KW | 2012 KW | 159,743 | $82,000.00 |
| | PACCAR | 1375 1XKADP9X9CJ295720 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1396 1XKADP9X8CJ295742 | KW | 2012 KW | 399,343 | $82,000.00 |
| | PACCAR | 1397 1XKADP9XXCJ295743 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1398 1XKADP9X1CJ295744 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1399 1XKADP9X3CJ295745 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1400 1XKADP9X85CJ295746 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1429 1XKADP9X9CJ295765 | KW | 2012 KW | 257,873 | $82,000.00 |
| | PACCAR | 1430 1XKADP9X0CJ295766 | KW | 2012 KW | | $82,000.00 |
| | PACCAR | 1431 1XKADP9X5CJ295767 | KW | 2012 KW | | $82,000.00 |
| Warren | PACCAR | 1290 1XKADB9X1AJ258127 | 150-00006025605 | 2010-KW | 140,502 | $65,000.00 |
| | PACCAR | 1291 1XKADB9X3AJ258128 | | 2010-KW | | $65,000.00 |
| | PACCAR | 1477 1XKADB9XXAJ258143 | | 2010-KW | | $65,000.00 |
| | PACCAR | 1298 1XKADB9X0AJ258135 | 150-00006028401 | 2010-KW | 140,182 | $65,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| PACCAR | 1299 | 1XKADB9X2AJ258136 | | 2010-KW | | $65,000.00 |
| PACCAR | 1300 | 1XKADB9X4AJ258137 | | 2010-KW | | $65,000.00 |
| PACCAR | 1308 | 1XKADB9X5AJ258146 | 150-00006028278 | 2010-KW | 153,312 | $65,000.00 |
| PACCAR | 1309 | 1XKADB9X7AJ258147 | | 2010-KW | | $65,000.00 |
| PACCAR | 1310 | 1XKADB9X9AJ258148 | | 2010-KW | | $65,000.00 |
| PACCAR | 1313 | 1XKADB9X9AJ258151 | 150-00006031793 | 2010-KW | 53,190 | $65,000.00 |
| PACCAR | 1333 | 1XKADB9X8BJ258174 | 150-00006058606 | 2011-KW | 263,186 | $74,000.00 |
| PACCAR | 1334 | 1XKADB9XXBJ258175 | | 2011-KW | | $74,000.00 |
| PACCAR | 1335 | 1XKADB9X1BJ258176 | | 2011-KW | | $74,000.00 |
| PACCAR | 1336 | 1XKADB9X3BJ258180 | | 2011-KW | | $74,000.00 |
| PACCAR | 1347 | 1XKADP9X6BJ295110 | 150-00006082408 | 2011-KW | 149,717 | $74,000.00 |
| PACCAR | 1349 | 1XKADP9X7BJ295097 | | 2011-KW | | $74,000.00 |
| PACCAR | 1352 | 1XKADP9X6BJ295107 | 150-00006081566 | 2011-KW | 149,439 | $74,000.00 |
| PACCAR | 1353 | 1XKADP9X8BJ295108 | | 2011-KW | | $74,000.00 |
| PACCAR | 1369 | 1XKADP9X3CJ295714 | 150-00006086250 | 2012-KW | 145,211 | $84,000.00 |
| PACCAR | 1370 | 1XKADP9X5CJ295715 | | 2012-KW | | $84,000.00 |
| PACCAR | 1371 | 1XKADP9X7CJ295716 | | 2012-KW | | $84,000.00 |
| PACCAR | 1385 | 1XKADP9X6CJ295741 | 150-00006090070 | 2012-KW | 239,649 | $84,000.00 |
| PACCAR | 1386 | 1XKADP9X7CJ295733 | | 2012-KW | | $84,000.00 |
| PACCAR | 1387 | 1XKADP9X7CJ295733 | | 2012-KW | | $84,000.00 |
| PACCAR | 1415 | 1XKADP9X3CJ295762 | 150-00006110159 | 2012-KW | 172,313 | $84,000.00 |
| PACCAR | 1416 | 1XKADP9X2CJ295767 | | 2012-KW | | $84,000.00 |
| PACCAR | 1441 | 1XKADP9X1CJ295789 | 150-00006126825 | 2012-KW | 269,979 | $84,000.00 |
| PACCAR | 1442 | 1XKADP9XXCJ295791 | | 2012-KW | | $84,000.00 |
| PACCAR | 1443 | 1XKADP9X1CJ295792 | | 2012-KW | | $84,000.00 |
| PACCAR | 1455 | 1XKADP9X6CJ295805 | 150-00006131072 | 2012-KW | 376,109 | $84,000.00 |
| PACCAR | 1456 | 1XKADP9X8CJ295806 | | 2012-KW | | $84,000.00 |
| PACCAR | 1457 | 1XKADP9XXCJ295807 | | 2012-KW | | $84,000.00 |
| PACCAR | 1458 | 1XKADP9X1CJ295808 | | 2012-KW | | $84,000.00 |
| PACCAR | 1463 | 1XKADP9X5CJ295813 | 150-00006145395 | 2012-KW | 487,471 | $84,000.00 |
| PACCAR | 1464 | 1XKADP9X7CJ295814 | | 2012-KW | | $84,000.00 |
| PACCAR | 1465 | 1XKADP9X9CJ295815 | | 2012-KW | | $84,000.00 |
| PACCAR | 1466 | 1XKADP9X0CJ295816 | | 2012-KW | | $84,000.00 |
| PACCAR | 1473 | 1XKADP9XXCJ295824 | | 2012-KW | | $84,000.00 |

PACCAR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gale | Caterpillar | 15466 | 1JJV532W08L129206 | 13237-005 | 2008 Wabash | 8,605 | $20,000.00 |
| | Caterpillar | 15467 | 1JJV532W48L129208 | 13237-005 | 2008 Wabash | | $20,000.00 |
| | Caterpillar | 15469 | 1JJV532W18L129201 | 13237-006 | 2008 Wabash | 8,821 | $20,000.00 |
| | Caterpillar | 15470 | 1JJV532W38L129202 | 13237-006 | 2008 Wabash | | $20,000.00 |
| | Caterpillar | 15474 | 1UYVS25359U683304 | 13237-007 | 2009 Utility | 10,867 | $22,000.00 |
| | Caterpillar | 15475 | 1UYVS25339U683303 | 13237-007 | 2009 Utility | | $22,000.00 |
| | Caterpillar | 15486 | 1JJV532W58L129216 | 13237-008 | 2008 Wabash | 12,060 | $22,000.00 |
| | Caterpillar | 15487 | 1JJV532W58L129217 | 13237-008 | 2008 Wabash | | $20,000.00 |
| | Caterpillar | 15477 | 1UYVS25399U683306 | 13237-009 | 2009 Utility | 21,727 | $20,000.00 |
| | Caterpillar | 15478 | 1UYV525309V683307 | 13237-009 | 2009 Utility | | $22,000.00 |
| | Caterpillar | 15479 | 1UYVS25329V683308 | 13237-009 | 2009 Utility | | $22,000.00 |
| | Caterpillar | 1321 | 1XKADB9X8BJ258160 | 13237-010 | 2011 KW | 168,951 | $74,000.00 |
| | Caterpillar | 1322 | 1XKADB9X3BJ258163 | 13237-010 | 2011 KW | | $74,000.00 |
| | Caterpillar | 1323 | 1XKADB9X5BJ258164 | 13237-010 | 2011 KW | | $74,000.00 |
| | Caterpillar | 1360 | 1XKADP9X5BJ295115 | 13237-011 | 2011 KW | 150,659 | $74,000.00 |
| | Caterpillar | 1361 | 1XKADP9X9BJ295117 | 13237-011 | 2011 KW | | $74,000.00 |
| | Caterpillar | 1378 | 1XKADP9X4CJ295723 | 13237-012 | 2012 KW | 156,545 | $84,000.00 |
| | Caterpillar | 1379 | 1XKADP9X6CJ295724 | 13237-012 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1393 | 1XKADP9X3CJ295728 | 13237-013 | 2012 KW | 482,123 | $84,000.00 |
| | Caterpillar | 1394 | 1XKADP9X5CJ295729 | 13237-013 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1395 | 1XKADP9X1CJ295730 | 13237-013 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1390 | 1XKADP9X6CJ295738 | 13237-013 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1391 | 1XKADP9X8CJ295739 | 13237-013 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1392 | 1XKADP9X4CJ295740 | 13237-013 | 2012 KW | | $84,000.00 |
| | Caterpillar | 1411 | 1XKADP9X1CJ295758 | 13237-014 | 2012 KW | 83,969 | $84,000.00 |
| | Caterpillar | 15664 | 1UYVS253XCU309701 | 13237-015 | 2012 Utility | 182,560 | $46,000.00 |
| | Caterpillar | 15665 | 1UYVS2531CU309702 | 13237-015 | 2012 Utility | | $46,000.00 |
| | Caterpillar | 15666 | 1UYVS2533CU309703 | 13237-015 | 2012 Utility | | $46,000.00 |
| | Caterpillar | 15667 | 1UYVS2535CU309704 | 13237-015 | 2012 Utility | | $46,000.00 |
| Lee | Caterpillar | 15464 | 1JJV532W58L129203 | WABASH | 2008 WABASH | 5,139 | $20,000.00 |
| | Caterpillar | 15465 | 1JJV532W98L129205 | WABASH | 2008 WABASH | | $20,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Caterpillar | 15471 | 1JJV532W78L129204 | WABASH | | 2008 WABASH | 2,576 | $20,000.00 |
| | Caterpillar | 15482 | 1JJV532W68L129209 | WABASH | | 2008 WABASH | 1,856 | $20,000.00 |
| | Caterpillar | 15483 | 1JJV532W28L129210 | WABASH | | 2008 WABASH | | $20,000.00 |
| | Caterpillar | 15490 | 1JJV532W58L129220 | WABASH | | 2008 WABASH | 10,285 | $20,000.00 |
| | Caterpillar | 15491 | 1JJV532W08L129223 | WABASH | | 2008 WABASH | | $20,000.00 |
| | Caterpillar | 15552 | 1UYVS2532AU909111 | UTILITY | | 2010 UTILITY | 159,918 | $35,000.00 |
| | Caterpillar | 15553 | 1UYVS2532AU909112 | UTILITY | | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 15554 | 1UYVS2532AU909113 | UTILITY | | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 15555 | 1UYVS2532AU909114 | UTILITY | | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 42000 | 1UYVS2532AU909116 | UTILITY | | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 15558 | 1UYVS2532AU909117 | UTILITY | | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 1324 | 1XKADB9X7BJ258165 | KW | | 2010 KW | 162,188 | $65,000.00 |
| | Caterpillar | 1325 | 1XKADB9X9J258166 | KW | | 2010 KW | | $65,000.00 |
| | Caterpillar | 1326 | 1XKADB9X0J258167 | KW | | 2010 KW | | $65,000.00 |
| | Caterpillar | 1315 | 1XKADB9X0BJ258153 | KW | | 2010 KW | 155,863 | $65,000.00 |
| | Caterpillar | 1319 | 1XKADB9X0BJ258155 | KW | | 2010 KW | | $65,000.00 |
| | Caterpillar | 1320 | 1XKADB9X0BJ258156 | KW | | 2010 KW | | $65,000.00 |
| | Caterpillar | 1359 | 1XKADP9XBJ295094 | KW | | 2011 KW | 141,760 | $74,000.00 |
| | Caterpillar | 1365 | 1XKADP9XBJ295113 | KW | | 2011 KW | | $74,000.00 |
| | Caterpillar | 1413 | 1XKADP9XXCJ295760 | KW | | 2012 KW | 155,060 | $84,000.00 |
| | Caterpillar | 1414 | 1XKADP9X1CJ295761 | KW | | 2012 KW | | $84,000.00 |
| | Caterpillar | 15668 | 1UYVS2537CU309705 | UTILITY | | 2012 UTILITY | 178,064 | $46,000.00 |
| | Caterpillar | 15669 | 1UYVS2530CU309724 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | Caterpillar | 15670 | 1UYVS2532CU309725 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | Caterpillar | 15671 | 1UYVS2534CU309726 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| Warren | Caterpillar | 1478 | 1XKADB9X2BJ258154 | 001-0013275-012 | 2010-KW | 2010-KW | 153,557 | $65,000.00 |
| | Caterpillar | 1479 | 1XKADB9X1BJ258159 | | 2010-KW | 2010-KW | | $65,000.00 |
| | Caterpillar | 1480 | 1XKADB9C1BJ258162 | | 2010-KW | 2010-KW | | $65,000.00 |
| | Caterpillar | 1358 | 1XKADP9XXBJ295112 | 001-0013275-013 | 2011-KW | 2011-KW | 143,585 | $74,000.00 |
| | Caterpillar | 1364 | 1XKADP9X2BJ295119 | | 2011-KW | 2011-KW | | $74,000.00 |
| | Caterpillar | 1376 | 1XKADP9X0CJ295721 | 001--0013275-014 | 2012-KW | 2012-KW | 88,003 | $84,000.00 |
| | Caterpillar | 1377 | 1XKADP9X2CJ295722 | | 2012-KW | 2012-KW | 88,003 | $84,000.00 |
| | Caterpillar | 1410 | 1XKADP9XXCJ295757 | 001-0013275-015 | 2012-KW | 2012-KW | 160,584 | $84,000.00 |
| | Caterpillar | 1412 | 1XKADP9X3CJ295759 | | 2012-KW | 2012-KW | | $84,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Caterpillar | 15463 | 1JJV532W98L129141 | 001--0013275-005 | 2008 Wabasl | 2008 Wabɑ | 2,582 | $20,000.00 |
| | Caterpillar | 15472 | 1UYVS25319U683302 | 001-0013275-007 | 2008 Wabasl | 2008 Wabɑ | 5,433 | $20,000.00 |
| | Caterpillar | 15476 | 1UYVS25379U683305 | 001-0013275-010 | 2008 Wabasl | 2008 Wabɑ | 19,010 | $20,000.00 |
| | Caterpillar | 15480 | 1UYVS25349U683309 | | 2008 Wabasl | 2008 Wabash | | $20,000.00 |
| | Caterpillar | 15481 | 1UYVS25309U683310 | | 2008 Wabasl | 2008 Wabash | | $20,000.00 |
| | Caterpillar | 15485 | 1JJV532W88L129213 | 001-0013275-008 | 2008 Wabasl | 2008 Wabɑ | 5,168 | $20,000.00 |
| | Caterpillar | 15559 | 1UYVS2535AU909118 | 001-0013275-001 | 2010 UTILITY | 2010 UTILI | 67,565 | $35,000.00 |
| | Caterpillar | 15560 | 1UYVS2537AU909119 | | 2010 UTILITY | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 15561 | 1UYVS2533AU909120 | | 2010 UTILITY | 2010 UTILITY | | $35,000.00 |
| | Caterpillar | 15672 | 1UYVS2534CU298727 | 001-0013275-016 | 2012 UTILITY | 2012 UTILI | 177,218 | $46,000.00 |
| | Caterpillar | 15673 | 1UYVS2536CU298728 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | Caterpillar | 15674 | 1UYVS2538CU298729 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | Caterpillar | 15675 | 1UYVS2534CU298730 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |

CATERPILLAR FINANCIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gale | Volvo | 15457 | 1UYVS253X8U446516 | 500-7567738-001 | 2008 Utility | $- | $22,000.00 |
| | Volvo | 15458 | 1UYVS25318U446517 | 500-7567738-001 | 2008 Utility | | $22,000.00 |
| | Volvo | 15459 | 1UTVS25338U446518 | 500-7567738-001 | 2008 Utility | | $22,000.00 |
| | Volvo | 15460 | 1UYVS25358U446519 | 500-7567738-001 | 2008 Utility | | $22,000.00 |
| | Volvo | 15461 | 1UYVS25318U446520 | 500-7567738-001 | 2008 Utility | | $22,000.00 |
| | Volvo | 15616 | 1UYVS2530BU113930 | 500-7567738-002 | 2011 Utility | 208,580 | $36,000.00 |
| | Volvo | 15617 | 1UYVS2532BU113931 | 500-7567738-002 | 2011 Utility | | $36,000.00 |
| | Volvo | 15618 | 1UYVS2534BU113932 | 500-7567738-002 | 2011 Utility | | $36,000.00 |
| | Volvo | 15619 | 1UYVS2536BU113933 | 500-7567738-002 | 2011 Utility | | $36,000.00 |
| | Volvo | 15620 | 1UYVS2538BU113934 | 500-7567738-002 | 2011 Utility | | $36,000.00 |
| | Volvo | 15621 | 1UYVS253XBU113935 | 500-7567738-002 | 2011 Utility | | $36,000.00 |
| | Volvo | 15640 | 1UYVS2539CU309706 | 500-7567738-003 | 2012 Utility | 208,782 | $46,000.00 |
| | Volvo | 15641 | 1UYVS2530CU309707 | 500-7567738-003 | 2012 Utility | | $46,000.00 |
| | Volvo | 15642 | 1UYVS2532CU309708 | 500-7567738-003 | 2012 Utility | | $46,000.00 |
| | Volvo | 15643 | 1UYVS2534CU309709 | 500-7567738-003 | 2012 Utility | | $46,000.00 |

|  | Volvo | 15644 1UYVS2530CU309710 | 500-7567738-003 | 2012 Utility |  | $46,000.00 |
|---|---|---|---|---|---|---|
|  | Volvo | 15651 IUYVS2535CU298719 | 500-7567738-004 | 2012 Utility | 264,015 | $46,000.00 |
|  | Volvo | 15652 1UYVS2531CU298720 | 500-7567738-004 | 2012 Utility |  | $46,000.00 |
|  | Volvo | 15653 1UYVS2533CU298721 | 500-7567738-004 | 2012 Utility |  | $46,000.00 |
|  | Volvo | 15654 1UYVS2535CU298722 | 500-7567738-004 | 2012 Utility |  | $46,000.00 |
|  | Volvo | 15655 1UYVS2537CU298723 | 500-7567738-004 | 2012 Utility |  | $46,000.00 |
|  | Volvo | 15656 1UYVS2539CU298724 | 500-7567738-004 | 2012 Utility |  | $46,000.00 |
| Lee | Volvo | 15527 1UYVS2531AU903316 | UTILITY | 2010 UTILITY | 86,184 | $32,000.00 |
|  | Volvo | 15528 1UYVS2531AU903317 | UTILITY | 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15529 1UYVS2531AU903318 | UTILITY | 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15530 1UYVS2531AU903319 | UTILITY | 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15531 1UYVS2531AU903320 | UTILITY | 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15609 1UYVS2532BU113928 | UTILITY | 2011 UTILITY | 230,069 | $36,000.00 |
|  | Volvo | 15610 1UYVS2534BU113929 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15611 1UYVS2536BU113916 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15612 1UYVS2538BU113917 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15613 1UYVS253XBU113918 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15614 1UYVS2531BU113919 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15615 1UYVS2538BU113920 | UTILITY | 2011 UTILITY |  | $36,000.00 |
|  | Volvo | 15645 1UYVS2532CU309711 | UTILITY | 2012 UTILITY | 250,496 | $46,000.00 |
|  | Volvo | 15646 1UYVS2534CU309712 | UTILITY | 2012 UTILITY |  | $46,000.00 |
|  | Volvo | 15647 1UYVS2536CU309713 | UTILITY | 2012 UTILITY |  | $46,000.00 |
|  | Volvo | 15648 1UYVS2538CU309714 | UTILITY | 2012 UTILITY |  | $46,000.00 |
|  | Volvo | 15649 1UYVS253XCU309715 | UTILITY | 2012 UTILITY |  | $46,000.00 |
|  | Volvo | 15650 1UYVS2531CU309716 | UTILITY | 2012 UTILITY |  | $46,000.00 |
|  | Volvo | 15688 1UYVS2534DU623605 | UTILITY | 2013 UTILITY | 268,644 | $50,000.00 |
|  | Volvo | 15687 1UYVS2532DU623604 | UTILITY | 2013 UTILITY |  | $50,000.00 |
|  | Volvo | 15686 1UYVS2530DU623603 | UTILITY | 2013 UTILITY |  | $50,000.00 |
|  | Volvo | 15685 1UYVS25349U623602 | UTILITY | 2013 UTILITY |  | $50,000.00 |
|  | Volvo | 15684 1UYVS2537DU623601 | UTILITY | 2013 UTILITY |  | $50,000.00 |
| Warren | Volvo | 15522 1UYVS2532AU903311 | 500-7567740-004 | 2010 UTILITY 2010 UTILI | 67,763 | $32,000.00 |
|  | Volvo | 15523 1UYVS2534AU903312 |  | 2010 UTILITY 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15525 1UYVS2538AU903314 |  | 2010 UTILITY 2010 UTILITY |  | $32,000.00 |
|  | Volvo | 15602 1UYVS253XBU113921 | 500-7567740-005 | 2011 UTILITY 2011 UTILI | 220,028 | $36,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Volvo | | 15603 | 1UYVS2531BU113922 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | Volvo | | 15604 | 1UYVS2533BU113923 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | Volvo | | 15605 | 1UYVS2535BU113924 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | Volvo | | 15606 | 1UYVS2537BU113925 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | Volvo | | 15607 | 1UYVS2539BU113926 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | Volvo | | 15608 | 1UYVS2530BU113927 | | 2011 UTILITY 2011 UTILITY | $36,000.00 |
| | | | | VOLVO FINANCIAL | | | |
| | | | | | | | |
| Gale | Wells Fargo | | 15537 | 1UYVS2534AU903326 | 728 | 2010 Utility | 105,000 | $32,000.00 |
| | Wells Fargo | | 15538 | 1UYVS2536AU903327 | 728 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15539 | 1UYVS2538AU903328 | 728 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15540 | 1UYVS253XAU903329 | 728 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15541 | 1UYVS2536AU903330 | 728 | 2010 Utility | $32,000.00 |
| | Wells Fargo | 15503T | | 1UYVS25389V683412 | 721 | 2009 Utility | 48,000 | $24,000.00 |
| | Wells Fargo | 15504T | | 1UYVS253X9V683413 | 721 | 2009 Utility | $24,000.00 |
| | Wells Fargo | 15505T | | 1UYVS2531 9V683414 | 721 | 2009 Utility | $24,000.00 |
| | Wells Fargo | 15506T | | 1UYVS25339V683415 | 721 | 2009 Utility | $24,000.00 |
| | Wells Fargo | | 15547 | 1UYVS2539AU909106 | 724 | 2010 Utility | 109,500 | $32,000.00 |
| | Wells Fargo | | 15548 | 1UYVS2530AU909107 | 724 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15549 | 1UYVS2532AU909108 | 724 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15550 | 1UYVS2534AU909109 | 724 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15551 | 1UYVS2530AU909110 | 724 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 1337 | 1XKADB9X3BJ258177 | 730 | 2011 KW | 68,000 | $74,000.00 |
| | Wells Fargo | | 15532 | 1UYVS2535AU903321 | 727 | 2010 Utility | 105,000 | $32,000.00 |
| | Wells Fargo | | 15533 | 1UYVS2537AU903322 | 727 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15534 | 1UYVS2539AU903323 | 727 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15535 | 1UYVS2530AU903324 | 727 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 15536 | 1UYVS2532AU903325 | 727 | 2010 Utility | $32,000.00 |
| | Wells Fargo | | 1420 | 1XKADP9X4CJ295771 | 731 | 2012 KW | 596,918 | $84,000.00 |
| | Wells Fargo | | 1421 | 1XKADP9X6CJ295772 | 731 | 2012 KW | $84,000.00 |
| | Wells Fargo | | 1422 | 1XKADP9X8CJ295773 | 731 | 2012 KW | $84,000.00 |
| | Wells Fargo | | 1423 | 1XKADP9XXCJ295774 | 731 | 2012 KW | $84,000.00 |
| | Wells Fargo | | 1425 | 1XKADP9X7CJ295778 | 731 | 2012 KW | $84,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Wells Fargo | 1426 | 1XKADP9X9CJ295779 | | 731 | 2012 KW | | $84,000.00 |
| Lee | Wells Fargo | 15492 | 1UYVS25339U683401 | UTILITY | | 2008 UTILITY | 28,421 | $22,000.00 |
| | Wells Fargo | 15493 | 1UYVS25339U683402 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15494 | 1UYVS25339U683403 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15495 | 1UYVS25339U683404 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15496 | 1UYVS25309U683405 | UTILITY | | 2009 UTILITY | 35,129 | $24,000.00 |
| | Wells Fargo | 15497 | 1UYVS25309U683406 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15498 | 1UYVS25309U683407 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15499 | 1UYVS25309U683408 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 15500 | 1UYCA25389U683409 | UTILITY | | 2009 UTILITY | 19,993 | $24,000.00 |
| | Wells Fargo | 15501 | 1UYCA25389U683410 | UTILITY | | 2009 UTILITY | | $24,000.00 |
| | Wells Fargo | 1339 | 1XKADB9X7BJ258179 | KW | | 2011 KW | 58,840 | $74,000.00 |
| Warren | Wells Fargo | 1338 | 1XKADB9X5BJ258178 | 001-0113618-705 | 2011-KW   2011-KW | | 64,134 | $74,000.00 |
| | Wells Fargo | 15507 | 1UYVS25359U683416 | | 2009 UTILITY 2009 UTILI | | 47,990 | $24,000.00 |
| | Wells Fargo | 15508 | 1UYVS25379U683417 | | 2009 UTILITY 2009 UTILITY | | | $24,000.00 |
| | Wells Fargo | 15509 | 1UYVS25399U683418 | | 2009 UTILITY 2009 UTILITY | | | $24,000.00 |
| | Wells Fargo | 15510 | 1UYVS25309U683419 | | 2009 UTILITY 2009 UTILITY | | | $24,000.00 |
| | Wells Fargo | 15511 | 1UYVS25379U683420 | | 2009 UTILITY 2009 UTILITY | | | $24,000.00 |
| | Wells Fargo | 15543 | 1UYVS2531AU909102 | | 2010 UTILITY 2010 UTILITY | | | $32,000.00 |
| | Wells Fargo | 15544 | 1UYVS2533AU909103 | | 2010 UTILITY 2010 UTILITY | | | $32,000.00 |
| | Wells Fargo | 15545 | 1UYVS2535AU909104 | | 2010 UTILITY 2010 UTILITY | | | $32,000.00 |
| | Wells Fargo | 15546 | 1UYVS2537AU909105 | 001-0113618-708 | 2010 UTILITY 2010 UTILITY | | | $32,000.00 |
| | Wells Fargo | 15542 | 1UYVS253XAU909101 | | 2010 UTILITY 2010 UTILI | | 97,145 | $32,000.00 |
| | | | | WELLS FARGO EQUIPMENT FINANCING | | | | |
| | | | | | | | | |
| Gale | Cross Roads | 15676 | 1UYVS2536CU309727 | | 6535 | 2012 Utility | 189,009 | $46,000.00 |
| | Cross Roads | 15677 | 1UYVS2538CU309728 | | 6535 | 2012 Utility | | $46,000.00 |
| | Cross Roads | 15678 | 1UYVS253XCU309729 | | 6535 | 2012 Utility | | $46,000.00 |
| | Cross Roads | 15679 | 1UYVS2536CU309730 | | 6535 | 2012 Utility | | $46,000.00 |
| Lee | Cross Roads | 15680 | 1UYVS2530CU298725 | UTILITY | | 2012 UTILITY | 174,566 | $46,000.00 |
| | Cross Roads | 15681 | 1UYVS2532CU298726 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | Cross Roads | 15682 | 1UYVS2538CU298732 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | Cross Roads | 15683 | 1UYVS253XCU298733 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | | | | CROSSROADS | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gale | GE Capital | 15569 | 1UYVS2538BU084208 | 5893555-001 | 2011 Utility | 243,724 | $36,000.00 |
| | GE Capital | 15570 | IUYVS253XBU084209 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15571 | 1UYVS2536BU084210 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15572 | 1UYVS2538BU084211 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15573 | 1UYVS253XBU084212 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15574 | 1UYVS2531BU084213 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15575 | 1UYVS2533BU084214 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 15576 | 1UYVS2535BU084215 | 5893555-001 | 2011 Utility | | $36,000.00 |
| | GE Capital | 1343 | 1XKADP9X3BJ295095 | 5898850-001 | 2011 KW | 162,099 | $74,000.00 |
| | GE Capital | 1344 | 1XKADP9X5BJ295096 | 5898850-001 | 2011 KW | | $74,000.00 |
| | GE Capital | 1381 | 1XKADP9X8CJ295725 | 5900512-001 | 2012 KW | 178,714 | $84,000.00 |
| | GE Capital | 1382 | 1XKADP9XXCJ295726 | 5900512-001 | 2012 KW | | $84,000.00 |
| | GE Capital | 15694 | 1UYVS2536DU62306 | 5929266-001 | 2013 Utility | 62,996 | $59,000.00 |
| | GE Capital | 15632 | 1UYVS2530CU298711 | 5906479-001 | 2012 Utility | 277,224 | $46,000.00 |
| | GE Capital | 15633 | 1UYVS2532CU298712 | 5906479-001 | 2012 Utility | | $46,000.00 |
| | GE Capital | 15634 | 1UYVS2534CU298713 | 5906479-001 | 2012 Utility | | $46,000.00 |
| | GE Capital | 15635 | 1UYVS2536CU298714 | 5906479-001 | 2012 Utility | | $46,000.00 |
| | GE Capital | 15636 | 1UYVS2538CU298715 | 5906479-001 | 2012 Utility | | $46,000.00 |
| | GE Capital | 15637 | 1UYVS253XCU298716 | 5906479-001 | 2012 Utility | | $46,000.00 |
| Lee | GE Capital | 15577 | 1UYVS22537BU084216 | UTILITY | 2011 UTILITY | 142,984 | $36,000.00 |
| | GE Capital | 15578 | 1UYVS22539BU084217 | UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15579 | 1UYVS22530BU084218 | UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15580 | 1UYVS22532BU084219 | UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15581 | 1UYVS22539BU084220 | UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 1340 | 1XKADP9X7BJ295102 | KW | 2011 KW | 142,470 | $74,000.00 |
| | GE Capital | 1341 | 1XKADP9X9BJ295103 | KW | 2011 KW | | $74,000.00 |
| | GE Capital | 1383 | 1XKADP9X1CJ295727 | KW | 2012 KW | 156,825 | $84,000.00 |
| | GE Capital | 1384 | 1XKADP9X6CJ295741 | KW | 2012 KW | | $84,000.00 |
| | GE Capital | 15627 | 1UYVS2537CU298706 | UTILITY | 2012 UTILITY | 202,933 | $46,000.00 |
| | GE Capital | 15628 | 1UYVS2539CU298707 | UTILITY | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15629 | 1UYVS2530CU298708 | UTILITY | 2012 UTILITY | | $46,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GE Capital | 15630 | 1UYVS2532CU298709 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15631 | 1UYVS2539CU298710 | UTILITY | | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15639 | 1UYVS2533CU298718 | UTILITY | | 2012 UTILITY | 40,496 | $46,000.00 |
| | GE Capital | 15697 | 1UYVS253XDU623611 | UTILITY | | 2013 UTILITY | 164,231 | $59,000.00 |
| | GE Capital | 15698 | 1UYVS2567DU623615 | UTILITY | | 2013 UTILITY | | $59,000.00 |
| | GE Capital | 15699 | 1UYVS2539DU623616 | UTILITY | | 2013 UTILITY | | $59,000.00 |
| Warren | GE Capital | 1340 | 1XKADP9X5BJ295101 | 5898849-001 | 2011-KW | 2011-KW | 144,159 | $74,000.00 |
| | GE Capital | 1345 | 1XKADP9X0BJ295099 | | 2011-KW | 2011-KW | | $74,000.00 |
| | GE Capital | 1388 | 1XKADP9X0CJ295735 | 5900729-001 | 2012-KW | 2012-KW | 153,903 | $84,000.00 |
| | GE Capital | 1389 | 1XKADP9X0CJ295735 | | 2012-KW | 2012-KW | | $84,000.00 |
| | GE Capital | 15562 | 1UYVS2535BU084201 | 5892747-001 | 2011 UTILITY | 2011 UTILI | 183,725 | $36,000.00 |
| | GE Capital | 15563 | 1UYVS2537BU084202 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15564 | 1UYVS2539BU084203 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15565 | 1UYVS2530BU084204 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15566 | 1UYVS2532BU084205 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15567 | 1UYVS2534BU084206 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15568 | 1UYVS2536BU084207 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | GE Capital | 15622 | 1UYVS2538CU298701 | 5905377-001 | 2012 UTILITY | 2012 UTILI | 196,117 | $46,000.00 |
| | GE Capital | 15623 | 1UYVS253XCU298702 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15624 | 1UYVS2531CU298703 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15625 | 1UYVS2533CU298704 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15626 | 1UYVS2535CU298705 | | 2012 UTILITY | 2012 UTILITY | | $46,000.00 |
| | GE Capital | 15638 | 1UYVS2531CU298717 | 5906444-001 | 2012 UTILITY | 2012 UTILI | 39,802 | $46,000.00 |
| | GE Capital | 15695 | 1UYVS2538DU623607 | 5929267-001 | 2013 UTILITY | 2013 UTILI | 102,472 | $59,000.00 |
| | GE Capital | 15696 | 1UYVS253XDU623608 | | 2013 UTILITY | 2013 UTILITY | | $59,000.00 |
| | | | | GE CAPITAL | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Gale | All Wheels | 1405 | 1XKADP9X4CJ295754 | 2562-5927 | | 2012 KW | 234,000 | $84,000.00 |
| | All Wheels | 1406 | 1XKADP9X6CJ295755 | 2562-5927 | | 2012 KW | | $84,000.00 |
| | All Wheels | 1409 | 1XKADP9X9CJ295748 | 2562-5927 | | 2012 KW | | $84,000.00 |
| Lee | All Wheels | 15587 | 1UYVS2534BU113901 | UTILITY | | 2011 UTILITY | 140,463 | $36,000.00 |
| | All Wheels | 15588 | 1UYVS2536BU113902 | UTILITY | | 2011 UTILITY | | $36,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | All Wheels | 15589 | 1UYVS2538BU113903 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15590 | 1UYVS253XBU113904 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15591 | 1UYVS2531BU113905 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15597 | 1UYVS2537BU113911 | UTILITY | | 2011 | UTILITY | 145,321 | $36,000.00 |
| | All Wheels | 15598 | 1UYVS2539BU113912 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15599 | 1UYVS2530BU113913 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15600 | 1UYVS2532BU113914 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 15601 | 1UYVS2534BU113915 | UTILITY | | 2011 | UTILITY | | $36,000.00 |
| | All Wheels | 1408 | 1XKADP9X7CJ295747 | KW | | 2012 | KW | 161,355 | $84,000.00 |
| | All Wheels | 1404 | 1XKADP9X2CJ295753 | KW | | 2012 | KW | | $84,000.00 |
| | All Wheels | 1407 | 1XKADP9X8CJ295756 | KW | | 2012 | KW | | $84,000.00 |
| Warren | All Wheels | 1401 | 1XKADP9X7CJ295750 | 2499-5920 | 2012-KW | 2012-KW | | 231,103 | $84,000.00 |
| | All Wheels | 1402 | 1XKADP9X9CJ295751 | | 2012-KW | 2012-KW | | $84,000.00 |
| | All Wheels | 1403 | 1XKADP9X0CJ295752 | | 2012-KW | 2012-KW | | $84,000.00 |
| | All Wheels | 15582 | 1UYVS2531BU113936 | 2499-5788 | 2011 UTILITY | 2011 UTILI | 147,210 | $36,000.00 |
| | All Wheels | 15583 | 1UYVS2533BU113937 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15584 | 1UYVS2535BU113938 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15585 | 1UYVS2537BU113939 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15586 | 1UYVS2533BU113940 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15592 | 1UYVS2533BU113906 | 2499-5798 | 2011 UTILITY | 2011 UTILI | 124,405 | $36,000.00 |
| | All Wheels | 15593 | 1UYVS2535BU113907 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15594 | 1UYVS2537BU113908 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | All Wheels | 15596 | 1UYVS2535BU113910 | | 2011 UTILITY | 2011 UTILITY | | $36,000.00 |
| | | | | ALL WHEELS FINANCE | | | | |
| | | | | | | | | |
| Lee | Capital One | 1317 | 1XKADB9XXBJ258158 | KW | | 2010 | KW | 92,630 | $65,000.00 |
| | Capital One | 1318 | 1XKADB9XXBJ258161 | KW | | 2010 | KW | | $65,000.00 |
| Warren | Capital One | 1314 | 1XKADB9X9BJ258152 | 4020-00113 | 2011-KW | 2011-KW | 92,574 | $65,000.00 |
| | Capital One | 1316 | 1XKADB9X8BJ258157 | | 2011-KW | 2011-KW | | $65,000.00 |
| | | | | CAPITAL ONE | | | | |

17,888,994

# EXHIBIT B

### GLW Equipment Leasing

*Cash Budget*

| | Petition Date | Weekly Budget | | | | | Monthly Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | 27-Aug | 27-Aug to 1-Sep | 2-Sep to 8-Sep | 9-Sep to 15-Sep | 16-Sep to 22-Sep | 23-Sep to 30-Sep | October 2013 | November 2013 | December 2013 |
| Starting Balance | - | - | - | - | - | - | 4,677 | 11,020 | 12,968 |
| | | | | | | | | | |
| Receipts | | | | | | | | | |
| Western Star | | | | | | 320,000 | 370,000 | 415,000 | 430,000 |
| Other | | | | | | | 5,959 | 5,959 | 5,959 |
| Total Receipts | - | - | - | - | - | 320,000 | 375,959 | 420,959 | 435,959 |
| | | | | | | | | | |
| Disbursements | | | | | | | | | |
| Adequate Protection Payments | | | | | | | | | |
| Lender Interest | | | | | | 52,176 | 51,594 | 50,864 | 49,962 |
| Lender Principal Payments | | | | | | 200,000 | 250,000 | 315,000 | 335,000 |
| | | | | | | | | | |
| Lease Payments | | | | | | 23,147 | 23,147 | 23,147 | 23,147 |
| | | | | | | | | | |
| Professional Fees | | | | | | 40,000 | 40,000 | 30,000 | 30,000 |
| | | | | | | | | | |
| US Trustee Fees | | | | | | | 4,875 | | |
| Total Disbursements | - | - | - | - | - | 315,323 | 369,616 | 419,011 | 438,109 |
| | | | | | | | | | |
| Ending Balance | - | - | - | - | - | 4,677 | 11,020 | 12,968 | 10,818 |

# EXHIBIT C

*Secured Claims*

| | Petition Date | | | September | | | October | | | November | | | December | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lender | Balance | Value | Security | Principal | Interest | Total Adequate Protection | Principal | Interest | Total Adequate Protection | Principal | Interest | Total Adequate Protection | Principal | Interest | Total Adequate Protection |
| PACCAR | 7,202,544 | 7,536,000 | 105% | 74,393 | 21,007 | 95,400 | 92,991 | 20,790 | 113,782 | 117,169 | 20,519 | 137,688 | 122,748 | 20,177 | 142,926 |
| CATERPILLAR FINANCIAL | 3,170,305 | 3,868,000 | 122% | 38,184 | 9,247 | 47,430 | 47,730 | 9,135 | 56,865 | 60,139 | 8,996 | 69,135 | 63,003 | 8,821 | 71,824 |
| VOLVO FINANCIAL | 1,804,562 | 2,118,000 | 117% | 20,908 | 5,263 | 26,171 | 26,135 | 5,202 | 31,338 | 32,930 | 5,126 | 38,057 | 34,499 | 5,030 | 39,529 |
| WELLS FARGO EQUIPMENT FINANCING | 1,384,070 | 1,820,000 | 131% | 17,966 | 4,037 | 22,003 | 22,458 | 3,984 | 26,443 | 28,297 | 3,919 | 32,216 | 29,645 | 3,836 | 33,481 |
| CROSSROADS | 363,575 | 368,000 | 101% | 3,633 | 1,060 | 4,693 | 4,541 | 1,050 | 5,591 | 5,722 | 1,037 | 6,758 | 5,994 | 1,020 | 7,014 |
| GE CAPITAL | 2,594,876 | 2,850,000 | 110% | 28,134 | 7,568 | 35,703 | 35,168 | 7,486 | 42,654 | 44,311 | 7,384 | 51,695 | 46,422 | 7,255 | 53,676 |
| ALL WHEELS FINANCE | 1,183,858 | 1,440,000 | 122% | 14,215 | 3,453 | 17,668 | 17,769 | 3,411 | 21,180 | 22,389 | 3,360 | 25,749 | 23,455 | 3,294 | 26,749 |
| CAPITAL ONE | 185,204 | 260,000 | 140% | 2,567 | 540 | 3,107 | 3,208 | 533 | 3,741 | 4,042 | 523 | 4,566 | 4,235 | 512 | 4,746 |
| Total | 17,888,994 | 20,260,000 | 113% | 200,000 | 52,176 | 252,176 | 250,000 | 51,593 | 301,593 | 315,000 | 50,864 | 365,864 | 330,000 | 49,945 | 379,945 |

*Leases*

| | Payment |
|---|---|
| TransLease | 23,147.11 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    Case No. 13-44202

GLW EQUIPMENT LEASING, LLC,                               Chapter 11

     Debtor.

## MEMORANDUM OF LAW

This memorandum of law is submitted in support of the Debtor's Motion for Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection. A hearing has been scheduled for **11:00 a.m. on September 25, 2013**.

## FACTS

The factual basis for this memorandum are set forth in the verified Motion and incorporated herein. All capitalized terms not defined herein have the meaning ascribed in the Motion.

## LEGAL ARGUMENT

11 U.S.C. §363(c)(2) provides that a debtor may use cash collateral only with the consent of each entity that has an interest in such cash collateral, or if the court, after notice and a hearing, authorizes such use. Use of cash collateral must be restricted or conditioned as is necessary to provide adequate protection to any entity that has an interest in the property which the Debtor proposes to use. 11 U.S.C. §363(e). In this case, the Debtor proposes to use cash collateral through June 13, 2013, to the extent necessary to operate the business in the ordinary course according to the Budget attached to the Motion as Exhibit B. As adequate protection, the Debtor proposes to provide

{00157421 }

replacement liens and reporting of information to secured parties.  The Debtor also proposes to make

certain interest payments to the secured parties.

The Eighth Circuit Court of Appeals has stated:

> In any given case, the bankruptcy court must necessarily (i)
> establish the value of the secured creditor's interest, (ii)
> identify the risk to the secured creditor's value resulting from
> the debtor's request for use of cash collateral, and (iii)
> determine whether the debtor's adequate protection proposal
> protects value as nearly as possible against risks to that value
> consistent with the concept of indubitable equivalence.

*In re Martin*, 761 F.2d 472, 476-77 (8th Cir. 1985).  The adequate protection offered by the Debtor

satisfies the Bankruptcy Code requirements for adequate protection.

## CONCLUSION

The Debtor respectfully requests that an order be entered granting this Motion authorizing the

use of cash collateral in accordance with the terms of the Budget attached to the Motion and

authorizing the Debtor to grant replacement liens and make monthly cash payments as adequate

protection as set forth in the Motion.

Dated:  September 10, 2013          RAVICH MEYER KIRKMAN McGRATH
                                    NAUMAN & TANSEY,
                                    A PROFESSIONAL ASSOCIATION

                                    By /e/  Michael F. McGrath #168610
                                            Will R. Tansey #323056
                                            Michael D. Howard #391164
                                    4545 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN 55402
                                    Telephone:     (612) 332-8511
                                    Facsimile:     (612) 332-8302

                                    ATTORNEYS FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:                                                    Case No. 13-44202

GLW EQUIPMENT LEASING, LLC,                               Chapter 11

      Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

---

      I, Michael F. McGrath, declare under penalty of perjury that on September 10, 2013, copies of the attached:

1.      Notice of Hearing and Motion for Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection;

2.      Memorandum of Law; and

3.      Proposed Final Order Authorizing Use of Cash Collateral and Approving Stipulation For Use of Cash Collateral;

were served by sending to each party a copy thereof as noted on the attached Service List.

Executed on: September 10, 2013                     /e/  Michael F. McGrath, #168610

{00157424 }

**GLW EQUIPMENT LEASING, LLC**
**CASE NO. 13-44202**

ELECTRONIC
WARREN CADWALLADER
GLW EQUIPMENT LEASING, LLC
10078 LANDERS COURT NE
BLAINE, MN 55449

ELECTRONIC
MICHAEL R. FADLOVICH
OFFICE OF US TRUSTEE
1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

IRS DISTRICT COUNSEL
380 JACKSON STREET, SUITE 650
ST. PAUL, MN 55101-4804

INTERNAL REVENUE SERVICE
WELLS FARGO PLACE
30 E. SEVENTH STREET
MAIL STOP 5700
ST. PAUL, MN 55101

MN DEPARTMENT OF REVENUE
COLLECTION DIV BANKRUPTCY SECTION
551 BANKRUPTCY SECTION
PO BOX 64447
ST. PAUL, MN 55164-0447

US ATTORNEY
600 US COURTHOUSE
300 S. FOURTH STREET
MINNEAPOLIS, MN 55415

ELECTRONIC
ALL WHEELS, INC.
C/O MICHAEL S. DOVE, ESQ.
GISLASON & HUNTER LLP
PO BOX 458
NEW ULM, MN 56073-0458

**VIA FAX - 631-531-2707**
CAPITAL ONE
ATTN: JOE CABARENO
PO BOX 3071
HICKSVILLE, NY 11802-3071

ELECTRONIC
CATERPILLAR FINANCIAL SERVICES CORP.
C/O MONICA CLARK, ESQ
50 S. SIXTH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1498

ELECTRONIC
CATERPILLAR FINANCIAL SERVICES CORP.
C/O ELIZABETH HULSEBOS, ESQ.
50 S. SIXTH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1498

ELECTRONIC
CATERPILLAR FINANCIAL SERVICES CORP.
ATTN MONICA BUENO
LEGAL SERVICES
2120 W END AVENUE
NASHVILLE, TN 37203

ELECTRONIC
CROSSROADS EQUIPMENT LEASE &
FINANCE
ATTN: CECILIA ROJAS
9121 HAVEN AVENUE, SUITE 270
RANCHO CUCAMONGA, CA 91730

ELECTRONIC
CROSSROADS EQUIPMENT LEASE & FINANCE
C/O TED CUNDICK, ESQ.
PRINCE YEATES
15 W SOUTH TEMPLE, STE 1700
SALT LAKE CITY, UT 84101

ELECTRONIC
GENERAL ELECTRIC CAPITAL CORP
C/O THOMAS LALLIER, ESQ.
FOLEY & MANSFIELD PLLP
250 MARQUETTE AVENUE, SUITE 1200
MINNEAPOLIS, MN 55401

ELECTRONIC
GENERAL ELECTRIC CAPITAL CORP
C/O JOHN C. THOMAS, ESQ.
FOLEY & MANSFIELD PLLP
250 MARQUETTE AVENUE, SUITE 1200
MINNEAPOLIS, MN 55401

ELECTRONIC
PACCAR FINANCIAL CORP.
C/O WILLIAM J. FISHER, ESQ.
GRAY PLANT MOOTY
80 S EIGHTH STREET, SUITE 500
MINNEAPOLIS, MN 55402

ELECTRONIC
TRANS LEASE INC.
C/O RICHARD D. ANDERSON, ESQ.
BRIGGS AND MORGAN
80 S EIGHTH STREET, SUITE 2200
MINNEAPOLIS, MN 55402

ELECTRONIC
TRANS LEASE INC.
C/O BENJAMIN E. GURSTELLE, ESQ.
BRIGGS AND MORGAN
80 S EIGHTH STREET, SUITE 2200
MINNEAPOLIS, MN 55402

ELECTRONIC
TRANS LEASE INC.
C/O JAMES T. BURGHARDT
MOYE WHITE LLP
16 MARKET SQUARE, 6TH FL
1400 16TH STREET
DENVER, CO 80202-1486

ELECTRONIC
VOLVO FINANCIAL SERVICES
C/O CAREN W. STANLEY, ESQ.
218 NP AVENUE
PO BOX 1389
FARGO, ND 58107-1389

ELECTRONIC
WELLS FARGO EQUIPMENT FINANCE INC
C/O GREGORY M. ERICKSON, ESQ.
MOHRMAN & KAARDAL, P.A.
33 S. SIXTH STREET, SUITE 4100
MINNEAPOLIS, MN 55402

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                              Case No. 13-44202

GLW EQUIPMENT LEASING, LLC,                         Chapter 11

     Debtor.

**FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL**
**AND APPROVING STIPULATION FOR USE OF CASH COLLATERAL**

This case came on for hearing on the debtor's Motion for Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection ("Motion").  Based on the Motion and the file and having determined that the debtor's offer of adequate protection constitutes adequate protection of the secured parties' interests under 11 U.S.C. §§ 361 and 363,

**IT IS ORDERED:**

1.      The debtor's motion is granted.

2.      The debtor is authorized to use cash collateral through December 31, 2013 in accordance with the terms of the budget attached to the Motion.

3.      The debtor is authorized and directed to grant adequate protection to each of the lenders as provided in the Motion.


Dated:

                                         Katherine A. Constantine
                                         United States Bankruptcy Judge

{00157434  }